IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2056-JLK**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation; PAUL LEADABRAND, an Idaho resident; and JEFLYN AVIATION, INC. dba ACCESS AIR, an Idaho corporation**,

       Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation; PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation, PILATUS AIRCRAFT, LTD, a Swiss corporation; PRATT & WHITNEY CANADA, INC., and DOES 1 through 500, Inclusive**,

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Motion for Reconsideration of February 28, 2005 Order and for Summary Judgment(doc. #60), filed October 19, 2005, is **DENIED.**

Dated:  December 7, 2005