IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2056-JLK**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation;**
**PAUL LEADABRAND, an Idaho resident; and**
**JEFLYN AVIATION, INC. d/b/a ACCESS AIR, an Idaho corporation**,

   Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation;**
**PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation,**
**PILATUS AIRCRAFT, LTD, a Swiss corporation;**
**PRATT & WHITNEY CANADA, INC., and**
**DOES 1 through 500, Inclusive**,

   Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  Pilatus Defendants' Motion in Limine re Idaho Law (Doc. 109) is DENIED. A review of the record and the transactions resulting in the sale of the subject aircraft, in Colorado, to an Idaho entity pursuant to the terms of a purchase agreement stipulating that the sale would be governed by Colorado (not Idaho) law, together with other justified expectations that have accrued over the six years this case has been pending that Colorado law would apply, make a change at this late date from Colorado's comparative fault scheme to Idaho's unnecessary and improvident. The scheduled June 2007 trial of USAU's now six-year-old tort claims will proceed under Colorado, rather than Idaho, law.

Dated: April 9, 2007