IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2056-JLK**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation;**
**PAUL LEADABRAND, an Idaho resident; and**
**JEFLYN AVIATION, INC. d/b/a ACCESS AIR, an Idaho corporation**,

       Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation;**
**PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation,**
**PILATUS AIRCRAFT, LTD, a Swiss corporation;**
**PRATT & WHITNEY CANADA, INC., and**
**DOES 1 through 500, Inclusive**,

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Pilatus Defendants Motion to for Joinder in Defendant Pratt & Whitney's Motion to Amend Orders (doc. #153) is GRANTED.  Briefing deadlines for the underlying motion remain unchanged.

Dated:  April 17, 2007