IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-K-2056**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation; PAUL LEADABRAND, an Idaho resident; and JEFLYN AVIATION, INC. dba ACCESS AIR, an Idaho corporation**,

   Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation; PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation, PILATUS AIRCRAFT, LTD, a Swiss corporation; PRATT & WHITNEY CANADA, INC., and DOES 1 through 500, Inclusive**,

   Defendants.

_____

ORDER
_____

KANE, J.

   This aviation products liability action is set for a two-week jury trial commencing June 11, 2007.  The case is before me today on Defendant Pratt & Whitney Canada's Motion to Amend Orders Pursuant to 28 U.S.C. § 1292(b) (Doc. 151), in which the Pilatus Defendants join.  Specifically, Defendants ask me to amend my April 2, 2007 Order reaffirming the inapplicability of admiralty law to this case and my February 28, 2005 decision rejecting Defendants' assertion that Plaintiffs' claims are barred by the economic loss rule under admiralty law, *U.S. Aviation Underwriters, Inc. v. Pilatus Business Aircraft, Ltd.*, 358 F. Supp.2d 1021 (D. Colo. 2005), to permit an interlocutory

appeal of those related issues.  I reject the request as untimely given the approaching trial

date and Defendants' delay in seeking leave to appeal a decision made over two years ago

in this case, and as unwarranted in any event under the standards articulated in 28 U.S.C.

§ 1292(b).  For these and the additional reasons set forth in Plaintiffs' Opposition brief

(Doc. 155), the Motion to Amend Orders Pursuant to 28 U.S.C. § 1292(b) (Doc. 151) is

**DENIED.**

Dated May 2, 2007.

                                        *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE