**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:              May 30, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 01-cv-02056-JLK

| | |
|---|---|
| UNITED STATES AVIAITION UNDERWRITES, INC., a New York corporation, PAUL LEADABRAND, an Idaho resident, and JEFLYN AVIAITION, INC., d/b/a Access Air, and Idaho corporation, | Jon A. Kodani Jeffrey J. Williams |

     Plaintiffs,

v.

| | |
|---|---|
| PILATUS BUSINESS AIRCRAFT, LTD., a Colorado corporation, PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation, PILATUS AIRCRAFT, LTD., a Swiss corporation, PRATT & WHITNEY CANADA, INC., and DOES 1 through 500, inclusive, | William White Robert Schultz Thomas J. Byrne |

     Defendants.

_____

**COURTROOM MINUTES**
_____

**Final Trial Preparation**

**10:06 a.m.      Court in session.**

Court's preliminary remarks.

Court instructs counsel to contact clerk's office to coordinate the logistics of oversize demonstrative exhibits (aircraft engine) and any special trial equipment needs.

Court advises counsel that its proposed jury instructions will be e-mailed to them prior to trial, it will accept proposed changes and additions and may hold a follow up instructions conference.

10:15 a.m.      Argument by Mr. Williams.
10:19 a.m.      Argument by Mr. Schultz.

**ORDERED:**   **Motion in Limine by Pilatus Defendants RE Pilatus parties, filed January 5, 2007 (111), is granted.  A limiting instruction dependant upon the evidence may be given.**

May 29, 2007
01-cv-02056-JLK

Defendants state they have no objections to plaintiffs' proposed changes to the pretrial order.

**ORDERED: Pretrial Order Amended as stated on record.
Plaintiffs shall prepare an Amended Statement of Issues to be Tried, confer regarding changes with defendants and file the Amended Statement by June 6, 2007.**

Discussion, objections, argument and oral rulings regarding jury instructions.
Discussion regarding deposition testimony and exhibits.

**ORDERED: Counsel shall submit entire transcript of all objections to deposition testimony.**

Court instructs counsel to identify stipulated exhibits and indicate bases for objections to exhibits.

**ORDERED: Exhibit lists shall be filed by June 1, 2007.**

Court states its jury voir dire practice, jury selection procedure and trial day schedule.

Counsel state they intend to supply jurors with jury books.

Court states its juror question practice.

**ORDERED: Counsel permitted to submit proposed voir dire instructions.**

**11:15 a.m Court in recess.**

Hearing concluded. Total time: 1 hr. 9 min.