IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 01-cv-02056-JLK

UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation;
PAUL LEADABRAND, an Idaho resident; and
JEFLYN AVIATION, INC., d/b/a ACCESS AIR, an Idaho corporation,

    Plaintiffs,

v.

PILATUS BUSINESS AIRCRAFT, LTD., a Colorado corporation;
PILATUS FLUGZEUGWERKE,
AKTIENGESELLSCHAFT, a Swiss corporation;
PILATUS AIRCRAFT, LTD., a Swiss corporation;
PRATT & WHITNEY CANADA, INC.; and DOES 1 through 500, inclusive,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 20 day of June, 2007.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____    _____ Thomas J Byrne
Counsel for Plaintiffs    Counsel for Defendants

