IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2056-JLK**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation;**
**PAUL LEADABRAND, an Idaho resident; and**
**JEFLYN AVIATION, INC. d/b/a ACCESS AIR, an Idaho corporation**,

        Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation;**
**PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation,**
**PILATUS AIRCRAFT, LTD, a Swiss corporation;**
**PRATT & WHITNEY CANADA, INC., and**
**DOES 1 through 500, Inclusive**,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Defendant Pratt & Whitney Canada's Motion for Stay of Proceedings to Enforce Judgment (doc. #216), filed July 17, 2007, is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

     Pilatus Defendants' Motion to Stay Proceedings Pending Motions for New Trial and for Judgment as a Matter of Law (doc. #222), filed July 17, 2007, is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

Dated:  July 18, 2007