IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-02056-JLK**

**UNITED STATES AVIATION UNDERWRITERS, INC., a New York corporation;**
**PAUL LEADABRAND, an Idaho resident; and JEFLYN AVIATION, INC. dba**
**ACCESS AIR, an Idaho corporation**,

       Plaintiff,

v.

**PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation;**
**PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation;**
**PILATUS AIRCRAFT, LTD, a Swiss corporation;**
**PRATT & WHITNEY CANADA, INC.; and**
**DOES 1 through 500, Inclusive**,

       Defendants.

_____

ORDER
_____

KANE, J.

This aviation products liability action was tried to a jury in June, resulting in a mixed but favorable verdict for Plaintiffs. It is before me now on Defendant Pratt & Whitney Canada's Motion for Judgment as a Matter of Law or for New Trial (Doc. 214), together with the Pilatus Defendants' Motion for Joinder therein (Doc. 215), which is GRANTED. After careful consideration of each of Pratt & Whitney's assertions of error in the jury's findings, I reject the contention that any of the jury's verdict was supported by legally insufficient evidence and DENY the Motion for Judgment as a Matter of Law.

I also decline to exercise my discretion to order a new trial. Further challenges to the verdict must be made to the Court of Appeals.

Dated September 11, 2007.             **s/John L. Kane**
                                      SENIOR U.S. DISTRICT JUDGE