IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 01-cv-2056-JLK-MJW

UNITED STATES AVIATION UNDERWRITERS, INC. a New York corporation;
PAUL LEADABRAND, an Idaho resident; and
JEFLYN AVIATION, INC. dba ACCESS AIR, an Idaho corporation,

Plaintiffs,

v.

PILATUS BUSINESS AIRCRAFT, LTD, a Colorado corporation;
PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation,
PILATUS AIRCRAFT, LTD, A Swiss corporation;
PRATT & WHITNEY CANADA, INC., A Canadian corporation; and DOES 1 through 500, Inclusive,

Defendants.

---

**ORDER APPROVING SUPERSEDEAS BOND AND
FOR STAY OF EXECUTION OF JUDGMENT**

---

THIS MATTER is before the Court upon Pilatus' Motion for Approval of Supersedeas Bond and for Stay of Execution of the Judgment (doc. #261), filed October 19, 2007. The Court, has found that a letter of credit from UBS USA is sufficient security therefor, and

ORDERS that Pilatus shall file with the court a letter of credit from UBS USA in the amount of $1 million within 10 days and that the execution of the judgment against this defendant is stayed pursuant to F.R.C.P. 62(d) until thirty (30) days after the mandate has been issued by the appellate court.

DATED:  February 4, 2008.                BY THE COURT:

                                         *S/John L. Kane*
                                         District Court Judge