IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-02056-RPM

UNITED STATES AVIATION UNDERWRITERS, INC.,
PAUL LEADABRAND, and
JEFLYN AVIATION, INC., d/b/a ACCESS AIR,

    Plaintiffs,

v.

PILATUS BUSINESS AIRCRAFT, LTD,
PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT,
PILATUS AIRCRAFT, LTD.,
PRATT & WHITNEY CANADA, INC.,

    Defendants.
_____

## ADDITIONAL AGENDA ITEM
_____

    The issue of the applicability of Part 135 rules to this flight under the provisions of 14 C.F.R. § 119.23(b) and whether the operation beyond the Part 91 certification for flights in the Continental U.S., Canada and Mexico make Part 135 applicable. Judge Kane determined in his summary judgment order (Doc. 88, filed September 29, 2006) that these are jury issues and Instruction No. 3.15 appears to address it. If this issue goes to the jury it would be appropriate to include it as a special interrogatory in the verdict form.

    DATED: July 7, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge