IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                July 13, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 01-cv-02056-RPM

| | |
|---|---|
| UNITED STATES AVIATION UNDERWRITERS, INC., | Jon A. Kodani |
| PAUL LEADABRAND, and | Jeffrey J. Williams |
| JEFLYN AVIATION, INC., d/b/a ACCESS AIR, | |
| Plaintiffs, | |
| v. | |
| PILATUS BUSINESS AIRCRAFT, LTD, | Robert B. Schultz |
| PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, | Jason A. Schultz |
| PILATUS AIRCRAFT, LTD., | |
| PRATT & WHITNEY CANADA, INC., | William R. White |
| | Thomas J. Byrne |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trial Preparation Conference**

**10:00 a.m.     Court in session.**

Court states the law of the case doctrine does not have any applicability to evidentiary rulings except for the Tenth Circuit Court of Appeals rulings.

Counsel agree that Paul Leadabrand and Jeflyn Aviation, Inc., are not proper claimants and that Pilatus Business Aircraft, Ltd., is dismissed as a defendant. Case caption to be changed accordingly.

Discussion regarding case facts and evidence.
Counsel Kodani, Byrne and Robert Schultz state their parties' respective positions.

Court further states the previous Court's ruling regarding the Idaho economic loss rule will not be changed.

Court states its trial and video deposition practices (single transcript with plaintiff(s) designations highlighted in yellow, defendant(s) designations highlighted in blue and objections indicated in red in margins).

July 13, 2010

01-cv-02056-RPM

**ORDERED:** **Proposed voir dire, substantive instructions and joint statement of the case submitted directly to chambers by 4:00 p.m. July 21, 2010.**

**Video deposition transcripts marked as instructed to chambers by 4:00 p.m. July 26, 2010.**

**Defendant Pratt & Whitney Canada's Motion to Exclude Expert Testimony of David Rupert, filed March 15, 2010 [313], is resolved as stated on record.**

**Defendant Pratt & Whitney Canada's Motion in Limine to Exclude Evidence Regarding the Lack of an FAA Enforcement Action, filed March 15, 2010 [314], is resolved as stated on record.**

**Defendant Pratt & Whitney Canada's Motion in Limine To Exclude Service Bulletin 14369, filed March 15, 2010 [315], is resolved as stated on record.**

**Motion in Limine by Pilatus Defendants To Exclude Evidence of Changes in the Pilot Operating Handbook, filed March 15, 2010 [317], is resolved as stated on record.**

Court rules issue of applicability of FAA Part 135 regulations is limited to damage and not a cause of engine loss.

**11:16 a.m. Court in recess.**

Hearing concluded. Total time: 1 hr. 16 min.