IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02056-RPM

UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff,

v.

PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT, a Swiss corporation,
PILATUS AIRCRAFT, LTD., a Swiss corporation and
PRATT & WHITNEY CANADA, INC., a Canadian corporation,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on August 2, 2010, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _10_ day of August, 2010.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____      _____
Attorney for Plaintiff                           Attorneys for Defendants