IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-02056-RPM

UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff,

v.

PILATUS BUSINESS AIRCRAFT, LTD.,
PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT,
PILATUS AIRCRAFT, LTD.,
PRATT & WHITNEY CANADA, INC.,

    Defendants.

_____

## ORDER AMENDING JUDGMENT
_____

Pursuant to the Stipulated Motion to Amend Judgment [387] filed on September 13, 2010, it is

ORDERED that the motion is granted and all parties will bear their own costs and attorney fees in this action.

DATED: September 14th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge